| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |
| CIT BANK, N.A.,<br><br>                              Plaintiff,<br><br>             vs.<br><br>GLENN MOROZ AND CRESCENT COVE ASSOCIATES, LLC,<br><br>                              Defendants. | Case No.: 2:16-cv-04473-JMA-SIL<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant CRESCENT COVE ASSOCIATES, LLC ("Defendant") have not filed an answer or otherwise moved with respect to the Complaint herein.  The default of Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Central Islip , New York
            August 23 , 2018

                              DOUGLAS C. PALMER, Clerk of the Court

                    By: _____/s/ James J. Toritto_____
                                    Deputy Clerk

{11591821:1}