| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |
| CIT BANK, N.A., <br><br>                              Plaintiff,<br><br>vs.<br><br>GLENN MOROZ AND CRESCENT COVE ASSOCIATES, LLC,<br>                              Defendants. | Case No.: 2:16-cv-04473<br><br><br>**STATUS UPDATE** |

      Plaintiff CIT Bank, N.A. submits this status report pursuant to the Court's order dated June 3, 2020. This foreclosure is currently on hold due to federal and state foreclosure moratoriums. Once all moratoriums are lifted, we will send the necessary documentation to the referee to issue her report. Once issued we will promptly submit it to the Court for approval and move for the judgment of foreclosure and sale to be issued.

Dated: June 17, 2020

**BRONSTER, LLP**

By:   /s/ Sean K. Monahan
      Sean K. Monahan, Esq.
      156 West 56th Street
      New York, New York 10019
      (347) 246-4888
      *Attorneys for Plaintiff CIT Bank, N.A.*